UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 31 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICCY MABEL AGUILAR ENAMORADO; et al., <br><br> Petitioners, <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General, <br><br> Respondent. | No. 20-72608 <br><br> Agency Nos. A208-276-463 <br> A206-449-484 <br> A208-276-588 <br><br> ORDER |

Pursuant to respondent's unopposed motion (Docket Entry No. 32), the Clerk will close this court's docket for administrative purposes until further order of the court.

This order is not a decision on the merits and has no impact on any stay of removal.

No mandate will issue, and at any time any party may request that this immigration petition be reopened, or the court may reopen the petition sua sponte.

Within 14 days after a determination at the agency level that petitioner is eligible for discretionary relief, the parties are expected to file a motion to remand.

The parties may request a referral to mediation at any time it might benefit the case.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT